Denice LaBarca Zito, Appellant, v Edward Jastremski et al., Respondents.

Submitted July 18, 2011; decided October 18, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's denial of appellant's motion to renew, dismissed upon the ground that such portion of the order does not finally determine

the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.